

U.S. Department 

United States A...
Southern Distr...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2023__

*The Silvio J. Mollo Bu......g*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Ece Alptunaer*, **23 Cr. 188 (AT)**

Dear Judge Torres:

    The Government respectfully submits this unopposed letter motion to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, from April 10, 2023, the date that the indictment was filed, through April 25, 2023, the date for which the Court recently proposed scheduling the arraignment and initial pretrial conference in this case.

    Excluding the time between April 10 and April 25 would provide both parties "the reasonable time necessary for effective preparation" for trial, 18 U.S.C. § 3161(h)(7)(B)(iv), outweighing the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

by: _____
                         Justin Horton
                         Assistant United States Attorney
                         (212) 637-2276

GRANTED. The Court shall hold an arraignment and initial conference on **April 25, 2023**, at **11:00 a.m.** in Courtroom 15D, United States Courthouse, 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act through April 25, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because this will allow time for trial preparation.

SO ORDERED.

Dated: April 11, 2023
       New York, New York

                         _____
                         ANALISA TORRES
                         United States District Judge