

U.S. Department

United States
Southern District

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2023__

The Silvio J. Mollo B
One Saint Andrew's Plaza
New York, New York 10007

April 14, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

    The Government respectfully submits this unopposed letter motion to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, from April 25, 2023, through May 2, 2023.

    On April 11, the Court scheduled an arraignment and initial pretrial conference in the above-referenced case on April 25, 2023, and excluded time through that date from the filing of the indictment on April 10. *See* Dkt. 16.

    The April 25 arraignment and pretrial conference was rescheduled today by email to May 2. Accordingly, the Government moves to exclude time from April 25 through May 2 under the Speedy Trial Act. Excluding the time between April 25 and May 2 would provide both parties "the reasonable time necessary for effective preparation" for trial, 18 U.S.C. § 3161(h)(7)(B)(iv), outweighing the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

---

GRANTED. The proceeding scheduled for April 25, 2023, is ADJOURNED to **May 2, 2023**, at **4:00 p.m.** The time from April 25, 2023, through May 2, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to prepare for trial.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge