```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/2/2023  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ECE ALPTUNAER,

                              Defendant.

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The proceeding scheduled for May 2, 2023, is ADJOURNED to **May 9, 2023**, at **2:00 p.m.**

SO ORDERED.

Dated: May 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge