

U.S. Department

United States A
Southern Distri

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/30/2023__

The Silvio J. Mollo Buil
One Saint Andrew's Plaza
New York, New York 10007

June 29, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

The Government respectfully submits this joint letter seeking an adjournment of the pretrial conference currently scheduled for July 11, 2023, in the above-referenced case. The parties are generally available the week of August 7, 2023, with the exception of August 11, should that period be convenient for the Court.

At the parties' previous conference, the Court excluded time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, from May 2, 2023, through the date of that conference, May 9, 2023. Should the Court grant the parties' request for an adjournment of the July 11 conference, the Government respectfully moves with the defense's consent to exclude time from July 11, 2023, through the date of the parties' next conference. Excluding the time between July 11 and the parties' next conference would provide the parties with sufficient time to continue their discussions about a potential pretrial disposition, outweighing the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

GRANTED. The conference scheduled for July 11, 2023, is ADJOURNED to **August 8, 2023**, at **1:20 p.m.** Time from July 11, 2023, through August 8, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by doing so outweigh the best interest of the public and the defendant in a speedy trial, in that this will allow the parties sufficient time to discuss a potential pretrial resolution.

SO ORDERED.

Dated: June 30, 2023
        New York, New York

ANALISA TORRES
United States District Judge