UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ECE ALPTUNAER,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/1/2023

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for August 8, 2023, is ADJOURNED to **November 14, 2023**, at **11:40 a.m.**

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

ANALISA TORRES
United States District Judge