USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/05/2023

U.S. ~~~~~~

United ~~~~~~
Southern ~~~~~~

The Si~~~~
One S~~~~
New York, New York 10007

September 1, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

    The Government respectfully moves with the defendant's consent to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, between today's date and the parties' next scheduled appearance before the Court on November 14, 2023.

    The defendant was indicted on April 10, 2023. The Court has previously found that the ends of justice served by excluding time to allow for trial preparation and discussions about a potential disposition outweighed the interests of the public and the defendant in a speedy trial. For these reasons, time was previously excluded from April 11, 2023, through May 2, 2023, *see* Dkts. 16, 18, and from May 9, 2023, through August 8, 2023, *see* May 9, 2023, minute entry; Dkt. 23. On August 1, 2023, the Court entered an order adjourning the August 8, 2023, status conference to November 14, 2023. Dkt. 24.

    With the defendant's consent, the Government respectfully moves to exclude time between the date of this September 1, 2023, application and the November 13, 2023, status conference. Excluding this time would enable the parties to review discovery and continue discussions about a potential pretrial disposition, outweighing the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

GRANTED. The time between September 1, 2023, through November 14, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to review discovery and continue discussions about possible disposition in this matter.

SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge