UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ECE ALPTUNAER,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/9/2023__

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for November 14, 2023, is ADJOURNED to **December 5, 2023**, at **2:40 p.m.**

    SO ORDERED.

Dated: November 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge