

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2024

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits*
*26 Federal Plaza, 3*
*New York, New York 10278*

March 29, 2024

**BY ECF & EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

  The Government writes respectfully to request an extension of one business day—from today, March 29, to Monday, April 1—for its sentencing submission in the above-referenced case. Scheduling is set for April 9, 2024. The Court previously ordered the defendant's sentencing submission to be filed by March 22, 2024 and the Government's sentencing submission to be filed by March 29, 2024. *See* December 5, 2023 Minute Entry. The defendant's submission was filed on March 24, 2024. Dkt. 32. The Government respectfully seeks permission to file its sentencing submission one business day after its current March 29 deadline—on Monday, April 1—nine days ahead of the sentencing proceeding currently scheduled for April 9.

  The Government sought defense counsel's position and has not heard back, but understands that defense counsel is traveling without ready access to email.

  Thank you for your consideration of this request.

GRANTED.

SO ORDERED.

Dated: April 1, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge