```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/08/2024__

-against-

ECE ALPTUNAER,

Defendant.

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter currently scheduled for April 9, 2024, is ADJOURNED to **April 30, 2024**, at **1:30 p.m.**

SO ORDERED.

Dated: April 8, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge