```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

-against-

ECE ALPTUNAER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2024

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter on **May 21, 2024**, at **1:00 p.m.** in **Courtroom 26B**, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 7, 2024
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge