```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ECE ALPTUNAER,

                      Defendant.

23 Cr. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter shall take place on **January 21, 2025**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **December 6, 2024**, the Probation Office shall file its amended final presentence investigation report. Defendant's supplemental sentencing submission is due by **January 2, 2025**. The Government's supplemental sentencing submission is due by **January 9, 2025**.

    SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                                    ANALISA TORRES
                                                 United States District Judge