

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2025

January 29, 2025

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

      The Government writes respectfully to request a one-day extension of the submission date for its sentencing memorandum in this case, from Thursday, January 30, to Friday, January 31. Sentencing is currently scheduled for February 18, 2025, after the Court granted the defendant's adjournment request on January 2, 2025. This is the Government's first request for an extension of its filing date, and the defendant does not object.

      Respectfully submitted,

      DANIELLE R. SASSOON
      United States Attorney

By:    /s/
      Justin Horton
      Assistant United States Attorney
      (212) 637-2276

cc:    Joshua L. Dratel, Esq.

GRANTED.

SO ORDERED.

Dated: January 30, 2025
      New York, New York

ANALISA TORRES
United States District Judge