Case 1:23-cr-00188-AT    Document 81    Filed 01/31/25    Page 1 of 1



**U.S. Department** ...

*United States A...*
*Southern Distri...*

*The Jacob K. Javits Fe...*
*26 Federal Plaza, 37th...*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2025
```

January 31, 2025

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Ece Alptunaer*, 23 Cr. 188 (AT)

Dear Judge Torres:

      Sentencing in this matter is currently scheduled for Tuesday, February 18, 2025, after the Court granted the defendant's adjournment request on January 2, 2025. Earlier this week, the Court granted the Government's first request for a one-day extension of the deadline to file its sentencing submission. Dkt. 79. Given the unusual posture of this sentencing proceeding, *see, e.g.*, Apr. 30, 2024 Minute Entry (describing adjournment *sine die*); Dkts. 42, 48, 51, 53, 58, 59, 62, 63, 65, 66, 68, 70, 72 (extensive correspondence about pre-sentencing investigation, the location and accessibility of defendant's remaining fraud proceeds, and related matters), and its ongoing efforts to coordinate an efficient restitution process under unusual circumstances, the Government respectfully requests an additional one week to finalize its sentencing submission.

      The revised February 7 filing deadline is more than one week before the current February 18 sentencing date, which the Government is not seeking to adjourn. The defendant does not object to the Government's proposed submission schedule, but only if that does not affect the sentencing date, which she wants to proceed February 18 as scheduled.

      GRANTED. No further extensions shall be granted absent exceptionally good cause shown.

SO ORDERED.

Dated: January 31, 2025
        New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge